# STATE OF MICHIGAN

# COURT OF APPEALS

JOHN LACARIA, JR,

Plaintiff-Appellant,

v

AURORA BOREALIS MOTOR INN, INC., and
WAYSIDE MOTEL, INC.,

Defendants-Appellees.

UNPUBLISHED
November 8, 2016

No. 329327
Mackinac Circuit Court
LC No. 2014-007589-NO

Before: MARKEY, P.J., and MURPHY and RONAYNE KRAUSE, JJ.

MARKEY, J. (*concurring*).

I concur in result only.

/s/ Jane E. Markey

-1-